780 S.E.2d 261

The STATE, Respondent,

v.

Alton Wesley GORE, Jr., Petitioner.

Appellate Case No. 2014–001496.
No. 27595.

Supreme Court of South Carolina.

Heard Oct. 21, 2015.
Decided Dec. 2, 2015.

Nicole Nicolette Mace and Amy Kristan Raffaldt, both of The Mace Law Firm, of Myrtle Beach, for petitioner.

Attorney General, Alan McCrory Wilson and Assistant Attorney General, Christina Catoe Bigelow, both of Columbia, for respondent.

PER CURIAM.

After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.